IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LOVITTO MELECIO,

    Petitioner,

v.                                  CASE NO. 1:08-cv-159-MMP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc.13, Respondent's First Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **January 9, 2009**. Petitioner may file a reply no later than **February 9, 2009.**

**DONE AND ORDERED** this 3rd day of December, 2008.

                      S/A. Kornblum
                      ALLAN KORNBLUM
                      UNITED STATES MAGISTRATE JUDGE