IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LOVITTO MELECIO,

    Petitioner,

v.                                            CASE NO. 1:08-cv-159-MP-AK

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 17, Petitioner's motion to amend. Though Respondent has been ordered to answer the petition, he has not yet answered, and therefore, Petitioner does not need the Court's permission to amend. However, because Respondent has been granted two extensions of time to file his answer and because this case is beginning to approach the one-year mark, the Court does not believe that it should require Petitioner to file a fully fleshed out amended petition. Instead, in addition to his answer to the claims raised in the original petition, Respondent should also reply to the one claim raised in the motion to amend. In directing said response, however, the Court expresses no opinion on whether the claim is timely or exhausted or has merit. The motion to amend, Doc. 17, is therefore **GRANTED**.

    **DONE AND ORDERED** this _26th_ day of January, 2008.

                                                    *s/ A. KORNBLUM*
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**