IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LOVITTO MELECIO,

    Petitioner,
v.                                                     CASE NO. 1:08-cv-159-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

## **O R D E R**

This habeas matter has been fully briefed and is therefore in a posture for decision. Presently before the Court is Petitioner's motion to stay, Doc. 22, in which he seeks a stay of these proceedings so that he can attempt to exhaust certain claims which Respondent argues should be dismissed for failure to exhaust. In short, Respondent maintains that while Petitioner did affirmatively appeal some post-conviction issues, he failed to appeal other issues , thereby waiving appellate review on the unaddressed issues. Consequently, those particular issues were not properly exhausted in state court and therefore cannot be considered by this Court absent a showing of cause and prejudice or manifest injustice.

In his motion to stay, Petitioner has not cited any authority under which the state court of appeal would likely grant Petitioner appellate review of the claims which he did not appeal, and the Court has not on its own found any authority for such relief. The motion to stay, Doc. 22, is therefore **DENIED**. With that said, however, the Court advises Petitioner that his petition is approximately thirty-fifth in line for decision behind significantly older habeas petitions and motions to vacate. Thus, it is highly unlikely that the Court will further review this case in the near future. If Petitioner decides to file some kind of motion in the state appellate court seeking

belated review of the claims he did not previously appeal, he may certainly do so. While the Court has no intention to stay these proceedings while Petitioner attempts exhaustion, if he decides to take that path in state court, he should so advise this Court and Respondent of his actions.

**DONE AND ORDERED** this 2nd day of September, 2009.

s/A. Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**